In the Matter of the Claim of MARY ZELTOSKI, Respondent, against OSBORNE DRILLING CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted March 5, 1934; decided March 20, 1934.)

*Jeremiah F. Connor* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Matter of Cameron* v. *Ellis Construction Co.* (252 N. Y. 394). No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.